**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **RDX Transport, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1804274** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4665 E. Hedges**<br>**Fresno, CA 93703**<br>Number, Street, City, State & ZIP Code | **P.O. Box 15125**<br>**Fresno, CA 93702**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fresno**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **RDX Transport, Inc.**                                    Case number (*if known*) _____
_____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

|  |  |  |  |  |  |
|--|--|--|--|--|--|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

|  |  |  |  |  |  |
|--|--|--|--|--|--|
| Debtor | _____ |  | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **RDX Transport, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49 ☐ 1,000-5,000 ☐ 25,001-50,000
☐ 50-99 ☐ 5001-10,000 ☐ 50,001-100,000
■ 100-199 ☐ 10,001-25,000 ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000 ☐ $1,000,001 - $10 million ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000 ☐ $1,000,001 - $10 million ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000 ■ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

| Debtor | **RDX Transport, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 23, 2018**
                MM / DD / YYYY

*X* **/s/ Navdeep Singh**                                    **Navdeep Singh**
Signature of authorized representative of debtor             Printed name

Title     **CEO**

**18. Signature of attorney**

*X* **/s/ Justin D. Harris**                    Date  **March 23, 2018**
Signature of attorney for debtor                      MM / DD / YYYY

**Justin D. Harris**
Printed name

**HARRIS LAW FIRM, PC**
Firm name

**7110 N. Fresno St., Suite 400**
**Fresno, CA 93720**
Number, Street, City, State & ZIP Code

Contact phone  **(559) 272-5700**     Email address  **jdh@harrislawfirm.net**

**199112 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **RDX Transport, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 21st Century Ins. National Document Center PO Box 268994 Oklahoma City, OK 73126 | | | | | | $8,455.90 |
| AAA Insurance PO Box 24523 Sacramento, CA 94263-1523 | | | | | | $11,000.00 |
| Alliance United Insurance Company 5300 Adolfo Rd Camarillo, CA 93012 | | | | | | $15,000.00 |
| Bakersfield Truck Warehouse PO Box 10389 Bakersfield, CA 93389 | | | | | | $8,442.74 |
| Capitol Insurance Group PO Box 40460 Bakersfield, CA 93384 | | | | | | $26,000.00 |
| Diversified Consultants PO Box 551268 Jacksonville, FL 32255 | | | | | | $17,419.77 |
| Franchise Tax Board Bankruptcy Section MS A-340 PO Box 2952 Sacramento, CA 95812-2952 | For notice purposes only. | | | | | $8,500.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | RDX Transport, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Labor Commissioner 770 E. Shaw Ave, Suite 222 Fresno, CA 93710 | | | | | | $8,640.00 |
| Labor Commissioner 770 E. Shaw Ave, Suite 222 Fresno, CA 93710 | | | | | | $19,458.80 |
| Maersk Inc 700 Ferry Street Oakland, CA 94607 | | | | | | $15,000.00 |
| Maersk Line 2500 Navy Way 9300 Arrowpoint Blvd Charlotte, NC 28273 | | | | | | $15,000.00 |
| Mediterranean Shipping Co. 700 Watermark Mount Pleasant, SC 29464 | | | | | | $30,000.00 |
| Melmed Law Group 1180 S Beverly Dr., Suite 610 Los Angeles, CA 90035 | | | | | | $15,000.00 |
| Miller & Washington 725 Washington Street Oakland, CA 94607 | | | | | | $15,000.00 |
| Nations Equipment Finance Attn: Mark Skura 501 Merritt Seven Norwalk, CT 06851 | | | | $2,300,000.00 | $0.00 | $2,300,000.00 |
| OICT 1717 Middle Harbor Rd Oakland, CA 94607 | | | | | | $28,000.00 |
| Paccar Financial Corp. 777 106th Ave NE Bellevue, WA 98004 | | | | $10,500,000.00 | $0.00 | $10,500,000.00 |
| PAPE PO Box 5077 Portland, OR 97208 | | | | | | $18,020.41 |
| Sandra McCormick 5330 Office Center Ct., Suite C Bakersfield, CA 93309 | | | | | | $8,326.58 |

Debtor   **RDX Transport, Inc.**
         Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TL Thompson & Associates PO Box 496149 Garland, TX 75049** | | | | | | **$15,224.13** |

21st Century Ins.
National Document Center
PO Box 268994
Oklahoma City, OK 73126


AAA Insurance
PO Box 24523
Sacramento, CA 94263-1523


Align Claim Services, Inc.
PO Box 85078
San Diego, CA 92138-0578


Align Claims
350 10th Ave
San Diego, CA 92101


Alliance United Insurance Company
5300 Adolfo Rd
Camarillo, CA 93012


American Profit
PO Box 1930
Porterville, CA 93258


Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339-1535


AT&T
PO Box 5025
Carol Stream, IL 60197


Bakersfield Truck Warehouse
PO Box 10389
Bakersfield, CA 93389


BNSF Railway
740 East Carnegie Dr.
San Bernardino, CA 92408


California Diesel Repair
2840 E Church Ave
Fresno, CA 93706

California Highway Patrol
601 North 7th Street
Sacramento, CA 95811


CalTrans
1635 W Pine Ave
Fresno, CA 93728


Capital Collections, LLC
1221 Van Ness Ave
Fresno, CA 93721


Capitol Insurance Group
PO Box 40460
Bakersfield, CA 93384


Central Valley Sweeping, LLC
PO Box 6787
Visalia, CA 93290


City of Carson
PO Box 4164
Tustin, CA 92781-4164


City of Fresno Processing Center
PO Vox 1090
San Jose, CA 95108-1090


City of Los Angeles
PO Box 512599
Los Angeles, CA 90051-1599


City of Los Banos
520 J Street
Los Banos, CA 93635


City of Oakland
Parking Citation Assistance Center
PO Box 54916
Los Angeles, CA 90054-0916


City of San Dimas
Collections Bureau of America
PO Box 5013
Hayward, CA 94540

City of San Dimas-Parking
c/o Parking Citation Service Center
PO Box 11923
Santa Ana, CA 92711


Complete Payment Recovery
PO Box 30184
Tampa, FL 33630


Concentra
Occupational Health Center of CA
PO Box 3700
Rancho Cucamonga, CA 91729


Cosco
15600 JFK Blvd, Suite 400
Houston, TX 77032


County of Alameda Superior Court
661 Washington Street
Oakland, CA 94607-3922


County of Los Angeles
Parking Enforcement
PO Box 30629
Los Angeles, CA 90030-0629


County of Los Angeles
Long Beach Courthouse
PO Box 60516
Los Angeles, CA 90060


County of Los Angeles
Van Nuys Branch
PO Box 60570
Los Angeles, CA 90060


County of Los Angeles
Santa Clarita Courthouse
PO Box 60570
Los Angeles, CA 90060


County of Los Angeles Superior Court
275 Magnolia Ave
Long Beach, CA 90802

Department of Motor Vehicles
2415 1st Ave., Mail Station C271
Sacramento, CA 95818-2606


Department of Motor Vehicles
Lien Sale Unit
PO Box 932317
Sacramento, CA 94232-3170


Department of Motor Vehicles-Fresno
655 W Olive Ave
Fresno, CA 93728


Department of Transportation
PO Box 168019
Fresno, CA 93706


Direct Chassis Link, Inc.
3525 Whitehall Park Dr.
Suite 400
Charlotte, NC 28273


Direct TV
PO Box 105249
Atlanta, GA 30348


Diversified Consultants
PO Box 551268
Jacksonville, FL 32255


Ellen Michele Stern
17630 El Mineral Rd
Perris, CA 92570


Exchange Bank Leasing
444 Aviation Blvd
Santa Rosa, CA 95403


Fastrak-Violation Processing Dept
PO Box 26925
San Francisco, CA 94126


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA 93278

Flexi-Van Leasing, Inc.
251 Monroe Ave
Kenilworth, NJ 07033


Flexi-Van Leasing, Inc.
PO Box 3228
Boston, MA 02241-3228


FMS
PO Box 707600
Tulsa, OK 74170


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Frandzel Robins Bloom & Csato, LC
1000 Wilshire Blvd
19th Floor
Attn: Andrew Alper, Esq.
Los Angeles, CA 90017


Fred Meine
Coleman & Horowitt, LLP
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704


Fresno County Sheriff
2200 Fresno St
Fresno, CA 93724


Fresno County Superior Court
2317 Tuolumne St.
Fresno, CA 93721


Fresno Fire
PO Box 16190
Phoenix, AZ 85011


Fresno Truck Center
2727 E. Central Ave
Fresno, CA 93725

Gale Shenon Hall of Justice
5672 Stoneridge Dr.
Pleasanton, CA 94588-8678


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Gonzalez Oil Changer & Tires
8255 San Leandro St.
Oakland, CA 94621


Hyundai
222 W. Las Colinas Blvd.
Suite 700
Irving, TX 75039


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JJ Keller & Associates
PO Box 6609
Carol Stream, IL 60197-6609


JJ Keller & Associates, Inc.
Mail Stop #1540
3003 Breezewood Lane
PO Box 368
Neenah, WI 54957-0368


Kern County Superior Court
12022 Main St
Lamont, CA 93241


Kings County Superior Court
1640 Kings County Dr
Hanford, CA 93230


Kline
8730 Stony Point Parkway
Suite 400
Richmond, VA 23235

Labor Commissioner
770 E. Shaw Ave, Suite 222
Fresno, CA 93710


LDC Collection System
PO Box 54915
Los Angeles, CA 90054-0915


Madera County Superior Court
200 S "G" Street
Madera, CA 93637


Maersk Inc
700 Ferry Street
Oakland, CA 94607


Maersk Line
2500 Navy Way
9300 Arrowpoint Blvd
Charlotte, NC 28273


Mediterranean Shipping Co.
700 Watermark
Mount Pleasant, SC 29464


Melmed Law Group
1180 S Beverly Dr., Suite 610
Los Angeles, CA 90035


Merced County Superior Court
1159 G Street
Los Banos, CA 93635


Merced County Superior Court
445 I Street
Los Banos, CA 93635


Merced County Superior Court
720 West 20th St
Merced, CA 95340


Miller & Washington
725 Washington Street
Oakland, CA 94607

MOL
PO Box 724
Philadelphia, PA 19170

MVD
PO Box 12146
Fresno, CA 93777

Nations Equipment Finance
Attn: Mark Skura
501 Merritt Seven
Norwalk, CT 06851

New Mexico DPS - Motor Transport Div
PO Box 1628
Santa Fe, NM 87507

North American Risk Services
PO Box 166002
Altamonte Springs, FL 32716

NYK
1138 N. Gamantown Pkwy
Suite 101-311
Cordova, TN 38016

OICT
1717 Middle Harbor Rd
Oakland, CA 94607

Paccar Financial Corp.
777 106th Ave NE
Bellevue, WA 98004

PAPE
PO Box 5077
Portland, OR 97208

PG&E
PO Box 997300
Sacramento, CA 95899

Pierpass, Inc.
444 W Ocean Blvd #700
Long Beach, CA 90802

RSI Enterprises, Inc.
PO Box 16190
Phoenix, AZ 85011


San Joaquin County Superior Court
Stockton Branch
222 E. Weber Ave
Stockton, CA 95201


Sandra McCormick
5330 Office Center Ct., Suite C
Bakersfield, CA 93309


Stanislaus County Superior Court
2260 Floyd Ave
Modesto, CA 95355


Steven R. Hrdlicka, Esq.
1221 Van Ness, 2nd Floor
Fresno, CA 93721


Superior Court of Alameda County
Wiley W. Manuel Courthouse
661 Washington St
Oakland, CA 94607


TA Truck Service
1010 N. 339th Ave
Tonopah, AZ 85354


TBK Bank, SSB
12700 Park Central D.
Suite 1700
Dallas, TX 75251


TBK Bank, SSB
PO Box 1030
Bettendorf, IA 52722


The Toll Roads Violation Dept.
PO Box 57011
Irvine, CA 92619

TL Thompson & Associates
PO Box 496149
Garland, TX 75049


Total Quality Logistics, LLC
PO Box 634558
Cincinnati, OH 45263-4558


Total Quality Logistics, LLC
4289 Ivy Pointe Blvd
Cincinnati, OH 45245


TraPac Inc.
PO Box 1178
Wilmington, CA 90748-1178


TraPac, LLC
630 W Harry Bridges Blvd
Wilmington, CA 90744


Triumph Bancorp, Inc.
12700 Park Central Dr
Suite 1700
Dallas, TX 75251


Tulare County Sheriff
2404 West Burrel Ave
Visalia, CA 93291-4580


Tulare County Superior Court
Traffic Division
221 S Mooney Blvd
Visalia, CA 93291


Unwired
215 W. Fallbrook Ave, Suite 203
Fresno, CA 93711


Wal-Mart Stores, Inc.
124 West Capitol Ave, Suite 1900
Little Rock, AR 72201


Wells Fargo Bank, NA
101 N. Phillips Ave
Sioux Falls, SD 57104

Wilber & Associates, PC
210 Landmark Dr.
Normal, IL 61761


Xtra Lease, Inc.
1801 Park 270 Drive
Suite 400
Saint Louis, MO 63146-4037


Xtra Lease, LLC
c/o South Central Ave., Suite 1800
Saint Louis, MO 63105


Yang Ming
Metro Group Maritime
61 Broadway, Suite 905
New York, NY 10006


ZIM
Attn: Treasury Dept
5801 Lake Wright
Norfolk, VA 23520

# United States Bankruptcy Court
### Eastern District of California

In re   **RDX Transport, Inc.**                   Case No. _____

                               Debtor(s)               Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RDX Transport, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 23, 2018
_____
Date

**/s/ Justin D. Harris**
_____
**Justin D. Harris**
Signature of Attorney or Litigant
Counsel for   **RDX Transport, Inc.**
_____
**HARRIS LAW FIRM, PC**
**7110 N. Fresno St., Suite 400**
**Fresno, CA 93720**
**(559) 272-5700 Fax:(559) 554-9989**
**jdh@harrislawfirm.net**

# United States Bankruptcy Court
## Eastern District of California

In re   **RDX Transport, Inc.**                                  Case No.

                                              Debtor(s)          Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Navdeep Singh**, declare under penalty of perjury that I am the **CEO** of **RDX Transport, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **23rd** day of March, 20**18** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Navdeep Singh, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Navdeep Singh, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Navdeep Singh, CEO** of this Corporation is authorized and directed to employ **Justin D. Harris**, attorney and the law firm of **HARRIS LAW FIRM, PC** to represent the corporation in such bankruptcy case."

Date   **March 23, 2018**                       Signed   **/s/ Navdeep Singh**

                                                                     **Navdeep Singh**

Resolution of Board of Directors
of
**RDX Transport, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Navdeep Singh, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Navdeep Singh, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Navdeep Singh, CEO** of this Corporation is authorized and directed to employ **Justin D. Harris**, attorney and the law firm of **HARRIS LAW FIRM, PC** to represent the corporation in such bankruptcy case.

Date  **March 23, 2018**                    Signed  **/s/Navdeep Singh**

Date  **March 23, 2018**                    Signed  _____